# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC BEYER, | : | 09-cv-1398 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| DUNCANNON BOROUGH, | : | |
| DUANE HAMMAKER, and | : | |
| PATRICK BRUNNER, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### June 25, 2010

In accordance with the Memorandum entered on this date, it is hereby **ORDERED** as follows:

1. Defendants Duncannon Borough, Duane Hammaker, and Patrick Brunner's Motion to Dismiss (Doc. 26) is **GRANTED**;

2. Plaintiff Eric Beyer's Second Amended Complaint (Doc. 25) is **DISMISSED**;

3. The Clerk is directed to **CLOSE** this case.

/s/ John E. Jones III
John E. Jones III
United States District Judge